The Employment Law Firm
Cynthia L. Pollick, LLM                                          Attorney for Plaintiffs
I.D. No.: 83826
363 Laurel Street
Pittston, PA 18640
(570) 654-9675
_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ZAWATSKY, et al. | : | |
| Plaintiffs | : | |
| v. | : | |
| JEDDO STARS ATHLETIC ASSOCIATION, et al. | : | DOCKET NO: 17-621 |
| Defendants | : | |

## BRIEF IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS

## STATEMENT OF RELEVANT FACTS

On 10/23/2017, this Court granted Plaintiffs' Motion to Strike/Remand. In doing the same, this Court allowed Plaintiffs to seek attorney fees and costs related to their efforts resisting removal. Plaintiffs have a contingency fee agreement with Plaintiffs' counsel. The Agreement specifically provides for an hourly rate of $400 for Plaintiff's counsel. The last fee petition that Plaintiffs'

1

counsel submitted and was approved provided that Plaintiff's counsel be awarded an hourly rate of $275[1].

## DISCUSSION OF THE LAW

As this Court correctly states, the award of fees and costs are recoverable if removal is objectively unreasonable. Plaintiff's counsel accumulated 9.2 hours in resisting removal in this matter. (See Exhibit "A"). Plaintiffs incurred the cost of $38.75 for the transcript of the proceedings in state court that was used to show Defendants requested and was granted jurisdiction with Judge Amesbury presiding over the case. Consequently, Plaintiff seeks 9.2 hours in attorney fees.

## **CONCLUSION**

For the preceding reasons, Plaintiff respectfully requests that this Court grant her motion for attorney fees and costs.

    Respectfully Submitted:

    By: s/ Cynthia L. Pollick
    Cynthia L. Pollick, Esquire
    Pa. I.D. No.: 83826
    363 Laurel Street
    Pittston, PA 18640
    (570) 654-9675

---

[1] Davis v. Fox, 12-1660, Doc. 173, dated 11/9/2016.

# CERTIFICATE OF SERVICE

Cynthia L Pollick, Esquire, hereby certifies that on November 1, 2017, she served a copy of Plaintiffs' Brief by serving a copy via electronically on Defendants' counsel:

> Michael J. Diamond, Esquire
> The Chartwell Law Offices
> One Logan Square, 26th Floor
> 130 North 18th Street
> Philadelphia, PA 19103
>
> Donald Karpowich, Esquire
> Sean W. Logsdon, Esquire
> Kevin M. Walsh, Jr., Esquire
> 85 Drasher Road
> Drums, PA 18222

s/ Cynthia L. Pollick
Cynthia L Pollick, Esquire