CYNTHIA L. POLLICK, ESQUIRE/DBA THE EMPLOYMENT LAW FIRM                                5884

    Marsha Colleran                                                    4/21/2017
                                                                                                                                  38.75

1030 - M & T Busines                                                                   38.75

CYNTHIA L. POLLICK, ESQUIRE/DBA THE EMPLOYMENT LAW FIRM                                5884

    Marsha Colleran                                                    4/21/2017
                                                                                                                                 38.75